```
                 UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA

                 CASE NO. 18-60114-CIV-ZLOCH
```

WAYNE RUDDER,

    Plaintiff,

vs.                        **FINAL ORDER OF DISMISSAL**

BEST BUY, INC., and THE RETAIL
EQUATION,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Report And Recommendation (DE 5) filed herein by United States Magistrate Judge Patrick M. Hunt and Plaintiff's Application To Proceed In District Court Without Prepaying Fees Or Costs (DE 3). No objections to said Report have been filed. The Court has conducted a <u>de novo</u> review of the entire record herein and is otherwise fully advised in the premises.

    In his Report (DE 5), Magistrate Judge Hunt finds that Plaintiff Wayne Rudder qualifies by economic status to proceed in forma pauperis, but that Plaintiff's largely illegible Complaint (DE 1) fails to state a claim. Accordingly, Magistrate Judge Hunt recommends that the instant Motion (DE 3) be denied and that the Complaint (DE 1) be dismissed. The Court adopts Magistrate Judge Hunt's reasoning and conclusions.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report And Recommendation (DE 5) filed herein by United States Magistrate Judge Patrick M. Hunt be and the same is hereby

approved, adopted, and ratified by the Court;

    2. Plaintiff's Application To Proceed In District Court Without Prepaying Fees Or Costs (DE 3) be and the same is hereby **DENIED**;

    3. The above-styled cause be and the same is hereby **DISMISSED**; and

    4. To the extent not otherwise disposed of herein, all pending Motions be and the same are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___20th___ day of August, 2018.

                                                         WILLIAM J. ZLOCH
                                                         Sr. United States District Judge

Copies furnished:

The Honorable Patrick M. Hunt
United States Magistrate Judge

All Counsel and Parties of Record

Wayne Ricky Elson Rudder <u>PRO</u> <u>SE</u>
General Delivery
500 S. Federal Highway
Hallandale, FL 33009